**Entered on Docket
December 23, 2008**

_Bruce A. Markell_
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Fennemore Craig, P.C.
Laurel E. Davis (NV Bar No. 3005)
Jon T. Pearson (NV Bar No. 10182)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Email: ldavis@fclaw.com

Counsel for Timothy S. Cory, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>HDB, LLC,<br><br>        Debtor. | Chapter 11<br><br>No. BK-S-08-10685-BAM<br><br><br>Date:   December 2, 2008<br>Time:  2:30 p.m. |

ORDER GRANTING APPLICATION FOR ORDER APPROVING THE TRUSTEE'S AGREEMENT WITH ISAAC BUILDING AND DESIGN CO., INC. TO COMPLETE CONSTRUCTION OF MIRA VILLA

      The <u>Application for Order Approving the Trustee's Agreement With Isaac Building and Design Co., Inc. to Complete Construction of Mira Villa</u> ("Application") having come on regularly for hearing with appearances of counsel noted on the record of

1 proceedings. The Court read and considered all relevant pleadings and papers including
2 but not limited to the Application and Supplement to the Application and all modifications
3 and clarifications set forth on the record, as well as the lack of opposition to the
4 Application. The Court having placed its findings and conclusions of law on the record in
5 accordance with Federal Rule of Bankruptcy Procedure 7052 incorporating Federal Rule
6 of Civil Procedures 52(a), and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The relief requested in the Application is granted.

2. The Isaac Building and Design Co., Inc. Agreement is approved.

3. The Trustee is authorized to enter into the Isaac Building and Design Co., Inc. Agreement.

SUBMITTED BY:

FENNEMORE CRAIG, P.C.

/s/ Laurel E. Davis
By _____
     Laurel E. Davis

Counsel for Timothy S. Cory, Chapter 11 Trustee

# # #

FENNEMORE CRAIG, P.C.
LAS VEGAS

52444.1

- 2 -

1    **LR 9021 CERTIFICATION**

2    In accordance with LR 9021, counsel submitting this document certifies as follows:

3    [x]    The Court waived the requirement of approval under LR 9021.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FENNEMORE CRAIG, P.C.
LAS VEGAS

52444.1

- 3 -